# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00355-CV

**In re Communications Infrastructure Services, LLC; Unitek USA, LLC; and Pinnacle Fiber & Technical Solutions, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this mandamus proceeding for a 45-day period to allow them to pursue resolution of the issues related to the mandamus and settlement of the case. We grant the motion and abate the mandamus proceeding. We instruct the parties to file a motion to reinstate the mandamus proceeding, a motion to extend the abatement, or a report advising us of the status of the case no later than July 22, 2024. The mandamus proceeding will remain abated until further order of this Court.

It is so ordered on June 6, 2024.

Before Chief Justice Byrne, Justices Triana and Theofanis

Abated

Filed: June 6, 2024